# Exhibit 22

## Expert report of Ian Ratner dated June 20, 2018 which was marked as Exhibit 1 at Ratner's deposition.

### FILED UNDER SEAL