UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **INSIGHT GLOBAL, LLC,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**DANIEL WENZEL, LUKE NORMAN, LAUREN SUTMAR, and BEACON HILL STAFFING GROUP, LLC,**<br><br>**Defendants.** | **CASE NO. 1:17-CV-8323-PGG** |

### NOTICE OF DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF PLEADINGS IN UNRELATED ACTIONS

**PLEASE TAKE NOTICE** that, on the basis of the accompanying Memorandum of Law, and all prior proceedings in this action, Defendants Daniel Wenzel, Luke Norman, Lauren Sutmar, and Beacon Hill Staffing Group, LLC (the "Defendants"), by and through their attorneys, Eckert Seamans Cherin & Mellot, LLC, will move before the Hon. Paul Gardephe U.S.D.J. of the United States District Court, Southern District of New York, 40 Foley Square, New York, NY 10007, Courtroom 705, for an Order:

(1) pursuant to Fed. R. Evid. 104 excluding evidence of pleadings filed in unrelated action between Insight Global, LLC and Beacon; and

(2) for such other relief as this Court may deem just and proper.

{K0780293.1}

Respectfully submitted,

ECKERT SEAMANS CHERIN & MELLOTT, LLC

*/s/ Charlotte L. Bednar*
Geraldine A. Cheverko (gcheverko@eckertseamans.com)
Charlotte L. Bednar (cbednar@eckertseamans.com)
Anthony M. Moccia (amoccia @eckertseamans.com)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
10 Bank St., Suite 700
White Plains, NY 10606
Phone: (914) 949-2909
Facsimile: (914) 949-5424


***Attorneys for Defendants Daniel Wenzel, Luke Norman, Lauren Sutmar and Beacon Hill Staffing Group, LLC***

Dated:  March 15, 2019

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was served upon all counsel of via Federal Express on this 15th day of March 2019, upon the following counsel:

Edward Filusch
Jessica Rosenberg
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
***VIA EMAIL:*** efilusch@kasowitz.com
                jrosenberg@kasowitz.com

Ariel D. Zion
Insight Global, LLC
4170 Ashford Dunwoody Road, NE
Suite 250
Atlanta, Georgia 30319
***VIA EMAIL:*** Ariel.Zion@insightglobal.com

                                              */s/ Charlotte L. Bednar*