UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INSIGHT GLOBAL, LLC,<br><br>              Plaintiff,<br><br>         -v-<br>DANIEL WENZEL, LUKE NORMAN,<br>LAUREN SUTMAR, and BEACON<br>HILL STAFFING GROUP, LLC<br><br>              Defendants. | Civil Action No.: 1:17-cv-8323 (PGG)<br><br>**PLAINTIFF INSIGHT GLOBAL, LLC'S EXHIBIT LIST**[1] |

| Plaintiff Insight Global's Exhibit List ||||
|---|---|---|---|
| Ex. No. | Bates Nos. [and prior Insight Global summary judgment &/or deposition exhibit references] | Document Description | Defendants' Objections (If any) |
| Exhibits Related to Insight Global Training ||||
| 1 | IG721-779<br>[Filusch Decl. Exs. 13, 29, 50; Norman Dep. 8; Sutmar Dep. 8; Wenzel Dep. 9] | Insight Global Recruiter Manual | No objection |
| 2 | IG660-709<br>[Filusch Decl. Exs. 12, 28, 49; Norman Dep. 7; Sutmar Dep. 7; Wenzel Dep. 8] | Insight Global training document labeled "Recruiter Manual" | Relevance (FRE 402)<br>Prejudicial, waste of time, confusion (FRE 403)<br>Hearsay (FRE 802) |
| 3 | IG710-720<br>[Norman Dep. 9] | Pro Recruiter Training Presentation | No objection |
| 4 | IG781-842<br>[Filusch Decl. Exs. 30, 52; Sutmar Dep. 9; Wenzel Dep. 12] | Insight Global's Account Manager Training Presentation | No objection |
| Exhibits Related to Luke Norman ||||
| 5 | IG1019-1020<br>[Norman Dep. 2] | Norman correspondence dated November 21, 2014 | Relevance (FRE 402)<br>Prejudicial, waste of time, confusion (FRE 403)<br>Hearsay (FRE 802) |

---

[1] The chart of Plaintiff's exhibits included herein is identical to the chart included on pages 49-68 of the parties' proposed Joint Pretrial Order.

| Ex. No. | Bates Nos. [and prior Insight Global summary judgment &/or deposition exhibit references] | Document Description | Defendants' Objections (If any) |
|---|---|---|---|
| | **Plaintiff Insight Global's Exhibit List** | | |
| 6 | IG906-34 [Norman Dep. 3] | Correspondence with Norman dated December 12, 2014 | No objection |
| 7 | IG174-175 | Norman offer letter from Insight Global (dated December 21, 2014) | No objection |
| 8 | IG164-173 [Filusch Decl. Ex. 9; Norman Dep. 4] | Norman's employment agreement with Insight Global executed by Norman on December 21, 2014 | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) |
| 9 | IG154-163 [Filusch Decl. Ex. 10; Norman Dep. 5] | Norman's operative employment agreement with Insight Global executed by Norman on February 8, 2016 | No objection |
| 10 | IG989 [Filusch Decl. Ex. 10; Norman Dep. 6] | Document signed by Norman on February 8, 2015 | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) |
| 11 | LN1-2 [Filusch Decl. Ex. 15; Norman Dep. 13] | Offer letter from Beacon Hill to Norman dated September 8, 2017, and executed by Norman on September 8, 2017 | No objection |
| 12 | BHSG12-16 [Filusch Decl. Ex. 16; Norman Dep. 14] | Norman's employment agreement with Beacon Hill entered into as of September 25, 2017 | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) |
| 13 | IG176-180 [Filusch Decl. Ex. 17; Norman Dep. 15] | Norman's separation agreement with Insight Global executed by Norman on September 8, 2017 | No objection |
| 14 | IG254-255 [Filusch Decl. Ex. 18; Norman Dep. 16] | Norman's paystub from September 17, 2017 to September 23, 2017 | Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 15 | BHSG17 [Filusch Decl. Ex. 19; Norman Dep. 17] | Document summarizing the positions of Account Executives, Staffing Consultants and (Direct-Hire) Consultants at Beacon Hill, signed by Norman on September 27, 2017 | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) |
| 16 | BHSG20-21 [Norman Dep. 18] | Beacon Hill summary of Staffing Consultant position | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) |
| 17 | LN10-17 [Ocampo Dep. 2] | Beacon Hill correspondence with Norman | Relevance (FRE 402) Waste of time, confusion (FRE 403) |

| | | Plaintiff Insight Global's Exhibit List | |
|---|---|---|---|
| Ex. No. | Bates Nos. [and prior Insight Global summary judgment &/or deposition exhibit references] | Document Description | Defendants' Objections (If any) |
| 18 | IG1504-1545 | Norman text messages (with Sklyar Cuppy) | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 19 | BHSG848-9 | Norman LinkedIn correspondence with NYU | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) |
| 20 | BHSG857-60 | Correspondence re timesheets for Norman placement at NYU | No objection |
| 21 | BHSG716-720, 766-7, 783-7, 733-5, 852-6, 728-9 [Norman Dep. 19] | Correspondence with NYU | Relevance (FRE 402) Prejudicial, confusion (FRE 403) Hearsay (FRE 802, 805) |
| 22 | BHSG730-2, 799-800, 747-748, 736-8, 749-752 | Correspondence re: Norman recruiting on NYU position | No objection |
| 23 | IG879-880 | Norman Client List (from spread earnings) | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| | | Exhibits Related to Lauren Sutmar | |
| 24 | IG1012-1013 | Email correspondence | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 25 | IG977-980 | Sutmar offer letter from Insight Global dated January 9, 2014 (executed) | No objection |
| 26 | IG181-190 [Filusch Decl. Ex. 25; Sutmar Dep. 4] | Sutmar's employment agreement with Insight Global executed by Sutmar on February 3, 2014 | No objection |
| 27 | IG202-211 [Filusch Decl. Ex. 26; Sutmar Dep. 5] | Sutmar's employment agreement with Insight Global executed by Sutmar on June 30, 2014 | No objection |

| Ex. No. | Bates Nos. [and prior Insight Global summary judgment &/or deposition exhibit references] | Document Description | Defendants' Objections (If any) |
|---|---|---|---|
| | **Plaintiff Insight Global's Exhibit List** | | |
| 28 | IG191-201 [Filusch Decl. Ex. 27; Sutmar Dep. 6] | Sutmar's employment agreement with Insight Global executed by Sutmar on April 6, 2016 | No objection |
| 29 | IG569-570 [Filusch Decl. Ex. 31; Sutmar Dep. 11] | E-mail that Sutmar sent to her personal GMail account on February 28, 2017, attaching her Insight Global "Call Sheet" | Prejudicial, confusion (FRE 403) Hearsay (FRE 802, 805) Authentication (FRE 901) |
| 30 | IG224 [Filusch Decl. Ex. 32; Sutmar Dep. 12] | Document produced in native format showing Comtrak Log of Sutmar's activity | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 31 | LS7-54 [Filusch Decl. Ex. 35; Sutmar Dep. 15] | Insight Global's Designee Packet that Sutmar sent to her personal GMail account on February 21, 2017 | Prejudicial, confusion (FRE 403) |
| 32 | IG2002-2141 | Text messages between Lisa Stebbins and Sutmar | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 33 | LS55-59 | Sutmar LinkedIn communication with Daniel Pride | No objection |
| 34 | LS1 [Filusch Decl. Ex. 36; Sutmar Dep. 18] | Offer letter from Beacon Hill to Sutmar dated March 2, 2017, and executed by Sutmar on March 8, 2017 | No objection |
| 35 | BHSG42-46 [Filusch Decl. Ex. 37; Sutmar Dep. 19] | Sutmar's employment agreement with Beacon Hill entered into as of March 20, 2017 | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) |
| 36 | BHSG47 [Filusch Decl. Ex. 38; Sutmar Dep. 20] | Document summarizing the positions of Account Executives, Staffing Consultants and (Direct-Hire) Consultants at Beacon Hill, signed by Sutmar on March 19, 2017 | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) |
| 37 | BHSG48-49 [Sutmar Dep. 21] | BH Summary of Account Executive Position | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) |
| 38 | BHSG962, 863, 868 [Filusch Decl. Ex. 39; Sutmar Dep. 25] | Sutmar correspondence with Penguin Random House | Prejudicial, confusion (FRE 403) Hearsay (FRE 802, 805) |

| Ex. No. | Bates Nos. [and prior Insight Global summary judgment &/or deposition exhibit references] | Document Description | Defendants' Objections (If any) |
|---|---|---|---|
|  | | | |

| | Plaintiff Insight Global's Exhibit List | | |
|---|---|---|---|
| Ex. No. | Bates Nos. [and prior Insight Global summary judgment &/or deposition exhibit references] | Document Description | Defendants' Objections (If any) |
| 39 | BHSG897, 893, 899, 909, 905, 901, 891, 907, 865, 903 [Filusch Decl. Ex. 40; Sutmar Dep. 26] | Sutmar correspondence with Alliance Bernstein | Prejudicial, confusion (FRE 403) Hearsay (FRE 802, 805) |
| 40 | IG567-568, BHSG945-46, 949-52, 870, 958-959, 884 [Filusch Decl. Ex. 41; Sutmar Dep. 27] | Sutmar correspondence with Spotify | Prejudicial, confusion (FRE 403) Hearsay (FRE 802, 805) |
| 41 | BHSG968, 871, 886 [Filusch Decl. Ex. 42; Sutmar Dep. 28] | Sutmar correspondence with Deloitte | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) |
| 42 | BHSG965 [Filusch Decl. Ex. 43; Sutmar Dep. 30] | Sutmar correspondence with Pfizer | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) |
| 43 | BHSG935-36, 941-42, 929, 862, 875, 873, 928, 883 [Sutmar Dep. 22] | Sutmar Correspondence with MOMA | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) |
| 44 | BH867, 911-20, 877, 889 [Sutmar Dep. 23] | Sutmar Correspondence with MOMA | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) |
| 45 | BH879-882, 928, 883 [Sutmar Dep. 24] | Sutmar Correspondence with MOMA | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) |
| 46 | IG876-878 | Sutmar Client List (from spread earnings) | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| | Exhibits Related to Daniel Wenzel | | |
| 47 | IG904-905 | Wenzel's offer letter from Insight Global dated May 8, 2013 | No objection |
| 48 | IG948-958 | Wenzel's offer letter from Insight Global executed by Wenzel dated May 22, 2013 (and other onboarding docs) | No objection |

| Ex. No. | Bates Nos. [and prior Insight Global summary judgment &/or deposition exhibit references] | Document Description | Defendants' Objections (If any) |
|---|---|---|---|
|  | Plaintiff Insight Global's Exhibit List | | |
| 49 | IG88-97 [Filusch Decl. Ex. 46; Wenzel Dep. 5] | Wenzel's employment agreement with Insight Global executed by Wenzel on June 17, 2013 | No objection |
| 50 | IG105-115 [Filusch Decl. Ex. 47; Wenzel Dep. 6] | Wenzel's employment agreement with Insight Global executed by Wenzel on April 5, 2016 | No objection |
| 51 | IG5-22 | Email correspondence regarding employment agreement | No objection |
| 52 | IG76-85 [Filusch Decl. Ex. Wenzel Dep. 4] | Wenzel's employment agreement with Insight Global executed by Wenzel on November 21, 2016 | No objection |
| 53 | IG1004-1005 [Filusch Decl. Ex. 48; Wenzel Dep. 7] | Email correspondence re: Wenzel New Recruiter Training (dated August 9, 2013) | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) |
| 54 | IG990 [Filusch Decl. Ex. 51; Wenzel Dep. 11] | Document signed by Wenzel on May 4, 2015 | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) |
| 55 | IG1546-1859 | Text messages between Skylar Cuppy and Wenzel | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 56 | IG1874-1988 | Text messages between Michael Fromhold and Wenzel | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 57 | BHSG969 [Wenzel Dep. 63] | Wenzel LinkedIn communication with Lindsay Kaplan | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802, 805) |
| 58 | DW8 | Email correspondence from Wenzel to Ocampo with resume (dated May 16, 2017) | Relevance (FRE 402) Hearsay (FRE 802, 805) |
| 59 | DW009 [Wenzel Dep. 23] | Email correspondence from Ocampo to Wenzel with Amtrak ticket (dated May 25, 2017) | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) |

6

| | | Plaintiff Insight Global's Exhibit List | |
|---|---|---|---|
| Ex. No. | Bates Nos. [and prior Insight Global summary judgment &/or deposition exhibit references] | Document Description | Defendants' Objections (If any) |
| 60 | DW0010 [Wenzel Dep. 24] | Email correspondence from Lindsay Reardon to Wenzel with benefits info (dated June 16, 2017) | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) |
| 61 | DW1-2 [Filusch Decl. Ex. 54; Wenzel Dep. 25] | Offer letter from Beacon Hill to Wenzel dated July 10, 2017, and executed by Wenzel on July 10, 2017 | No objection |
| 62 | BHSG73-77 [Filusch Decl. Ex. 55; Wenzel Dep. 27] | Wenzel's employment agreement with Beacon Hill entered into as of July 10, 2017 | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) |
| 63 | BHSG79-80 [Wenzel Dep. 29] | Beacon Hill summary of Account Executive position | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) |
| 64 | BHSG78 [Filusch Decl. Ex. 56; Wenzel Dep. 28] | Document summarizing the positions of Account Executives, Staffing Consultants and (Direct-Hire) Consultants at Beacon Hill, signed by Wenzel on July 10, 2017 | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) |
| 65 | BHSG179, 181-4, 562-4, 395-9, 127-134 [Filusch Decl. Ex. 57; Wenzel Dep. 30] | Wenzel correspondence with NBC | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) |
| 66 | BHSG199-202, 197, 656-7, 152-157, 400-9, 414-29, 435-440 [Filusch Decl. Ex. 58; Wenzel Dep. 31] | Wenzel correspondence with NBC | Prejudicial, confusion (FRE 403) Hearsay (FRE 802, 805) |
| 67 | BHSG236-239, 697-701, 714-715, 599-605, 704-706 [Filusch Decl. Ex. 59; Wenzel Dep. 32] | Wenzel correspondence with NBC | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) |

| Ex. No. | Bates Nos. [and prior Insight Global summary judgment &/or deposition exhibit references] | Document Description | Defendants' Objections (If any) |
|---|---|---|---|
| | | **Plaintiff Insight Global's Exhibit List** | |
| 68 | IG2142-2143 | Email correspondence re Wenzel/NBC | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 69 | BHSG674, 669, 108, 660, 104, 106, 586-7, 582-3, 588-9, 702 [Filusch Decl. Ex. 60; Wenzel Dep. 34] | Wenzel correspondence with Time Warner | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) |
| 70 | BHSG145 [Wenzel Dep. 35] | Wenzel correspondence with Time Warner | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) |
| 71 | BHSG240, 594 [Wenzel Dep. 36] | Wenzel Correspondence with NYT | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) |
| 72 | BHSG234, 578, 707-08 [Wenzel Dep. 39] | Wenzel Correspondence with NYT | Prejudicial, confusion (FRE 403) Hearsay (FRE 802, 805) |
| 73 | BHSG609-10, 113, 456-62 [Wenzel Dep. 40] | Wenzel Correspondence with NYT | Prejudicial, confusion (FRE 403) Hearsay (FRE 802, 805) |
| 74 | BHSG235, 579-81, 110, 467-468 | Wenzel Correspondence with NYT | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) |
| 75 | IG127-128 | Insight Global text correspondence with NYT | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |

| **Plaintiff Insight Global's Exhibit List** | |
|---|---|---|---|
| **Ex. No.** | **Bates Nos. [and prior Insight Global summary judgment &/or deposition exhibit references]** | **Document Description** | **Defendants' Objections (If any)** |
| 76 | BHSG331-55, 189-196, 628-55, 574-77, 217-33, 369-81, 391-94, 356-68, 387-90, 208-12, 203-07, 241-45 [Filusch Decl. Ex. 61; Wenzel Dep. 48] | Wenzel correspondence with KPMG | Prejudicial, confusion (FRE 403) Hearsay (FRE 802, 805) |
| 77 | BH 158-72, 471-521, 123, 522-548, 148-151, 112, 691-92, 694-96 [Wenzel Dep. 49] | Wenzel correspondence with KPMG | Prejudicial, confusion (FRE 403) Hearsay (FRE 802, 805) |
| 78 | BHSG135-39, 177-8, 553-5 [Filusch Decl. Ex. 62; Wenzel Dep. 52] | Wenzel correspondence with Hearst | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) |
| 79 | BH 565, 147 [Wenzel Dep. 54] | Wenzel correspondence with Hearst | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) |
| 80 | BHSG572, 327, 570-71, 568-69, 121, 566 [Wenzel Dep. 46] | Wenzel Correspondence with Sony | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) |
| 81 | BHSG621-27 [Wenzel Dep. 55] | Wenzel Correspondence with Revlon | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) |
| 82 | BHSG595-96 [Wenzel Dep. 56] | Wenzel Correspondence with Revlon | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) |
| 83 | BHSG611, 620, 617-19, 612, 614 | Wenzel Correspondence with ABC TV | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) |
| 84 | BHSG118, 103, 455, 452-54, 447-51 [Wenzel Dep. 33] | Wenzel correspondence with Compass | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) |
| 85 | DW254-8 [Filusch Decl. Ex. 63; Wenzel Dep. 59] | Wenzel text messages | Prejudicial, confusion (FRE 403) Hearsay (FRE 802, 805) |

| | | Plaintiff Insight Global's Exhibit List | |
|---|---|---|---|
| Ex. No. | Bates Nos. [and prior Insight Global summary judgment &/or deposition exhibit references] | Document Description | Defendants' Objections (If any) |
| 86 | DW259-287 [Filusch Supp. Decl. Ex. 10; Wenzel Dep. 60] | Wenzel text messages | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) |
| 87 | DW271-273 [Filusch Decl. Ex. 64; Wenzel Dep. 61] | Wenzel text messages | Prejudicial, confusion (FRE 403) Hearsay (FRE 802) |
| 88 | DW274-283 [Filusch Decl. Ex. 65; Wenzel Dep. 62] | Wenzel text messages | Prejudicial, confusion (FRE 403) Hearsay (FRE 802, 805) |
| 89 | IG522 [Wenzel Dep. 14] | Excel spreadsheet produced in native format showing Wenzel "Leads" | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 90 | IG872-875 | Wenzel Client List (from spread earnings) | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| | | **Exhibits Related to Insight Global Handbooks / Policies** | |
| 91 | IG1440-1468 | Insight Global's Employee Handbook (v.1.0 dated November 2, 2011) | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Authentication (FRE 901) |
| 92 | IG1469-1501 | Insight Global's Employee Handbook (v.2.0 dated June 2, 2016) | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Authentication (FRE 901) |
| 93 | IG431-440 [Filusch Supp. Decl. Ex. 12] | Insight Global's Physical Security Policy | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Authentication (FRE 901) |
| 94 | IG441-446 [Filusch Supp. Decl. Ex. 13] | Insight Global's Electronic Mail Use Policy | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Authentication (FRE 901) |
| | | **Exhibits Related to Prior Litigation with Beacon Hill** | |

| | | Plaintiff Insight Global's Exhibit List | |
|---|---|---|---|
| Ex. No. | Bates Nos. [and prior Insight Global summary judgment &/or deposition exhibit references] | Document Description | Defendants' Objections (If any) |
| 95 | [Filusch Supp. Decl. Ex. 14] | Complaint filed by Insight Global on May 12, 2008, in Massachusetts Superior Court, Suffolk County, in the following action: *Insight Global v. Beacon Hill Staffing Group, LLC and Andrew Dickhaut*, No. 0884-cv-02141 | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) |
| 96 | [Filusch Supp. Decl. Ex. 15] | Complaint filed by Insight Global on August 12, 2009, in Massachusetts Superior Court, Suffolk County, in the following action: *Insight Global v. Beacon Hill Staffing Group, LLC and Lindsay Reardon*, No. 0984-cv-03412 | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) |
| 97 | [Filusch Supp. Decl. Ex. 16] | Complaint filed by Insight Global on August 8, 2017, in the United States District Court for the Southern District of Texas, in the following action: *Insight Global LLC v. James Cody Lilley and Beacon Hill Staffing Group, LLC*, No. 4:17-cv-02440 | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) |
| 98 | [Filusch Supp. Decl. Ex. 17] | Complaint filed by Insight Global on August 8, 2017, in the United States District Court for the District of Colorado, in the following action: *Insight Global, LLC v. Mary McDonald and Beacon Hill Staffing Group, LLC*, No. 1:17-CV-1915 | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) |
| 99 | [Filusch Supp. Decl. Ex. 18] | Petition filed by Insight Global on August 11, 2015, in the Circuit Court of St. Louis, State of Missouri, in the following action: *Insight Global, LLC v. Beacon Hill Staffing Group, LLC*, No. 15SL-CC02718 | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) |
| 100 | [Filusch Supp. Decl. Ex. 19] | Complaint filed by Insight Global on June 10, 2015, in the Superior Court of DeKalb County, State of Georgia, in the following action: *Insight Global, LLC v. Kim Gallagher*, No. 15CV6293-1 | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) |

| Ex. No. | Bates Nos. [and prior Insight Global summary judgment &/or deposition exhibit references] | Document Description | Defendants' Objections (If any) |
|---|---|---|---|
|  | | | |

| | Plaintiff Insight Global's Exhibit List | | |
|---|---|---|---|
| Ex. No. | Bates Nos. [and prior Insight Global summary judgment &/or deposition exhibit references] | Document Description | Defendants' Objections (If any) |
| 101 | [Filusch Supp. Decl. Ex. 20] | Complaint filed by Insight Global on September 29, 2015, in the Superior Court of DeKalb County, State of Georgia, in the following action: *Insight Global, LLC v. William Theis*, No. 15CV10012-3. | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) |
| 102 | | Complaint filed by Insight Global on January 20, 2017, in the United States District Court for the Northern District of California, in the following action: *Insight Global, LLC v. Beacon Hill Staffing Group, LLC*, No. 3:17-cv-00309 | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) |
| 103 | | Partial Answer to Complaint and Counterclaims Against John Barker filed by Insight Global on January 9, 2017, in the United States District Court for the Northern District of California, in the following action: *John Barker v. Insight Global, LLC*, No. 5:16-cv-07186-BLF | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) |
| **Exhibits Related to Insight Global's Damages / IT Staffing** | | | |
| 104 | [Filusch Decl. Ex. 22; Ratner Dep. Ex. 1] | Expert report of Ian Ratner dated June 20, 2018 | Prejudicial, confusion (FRE 403) Lack personal knowledge (FRE 602) Hearsay (FRE 802, 805) Lack of Bases for Expert Opinion (FRE 703) Daubert (challenging methodology) Authentication of documents relied upon (FRE 901) |

| | | Plaintiff Insight Global's Exhibit List | |
|---|---|---|---|
| Ex. No. | Bates Nos. [and prior Insight Global summary judgment &/or deposition exhibit references] | Document Description | Defendants' Objections (If any) |
| 105 | | Corrected Schedules to Expert Report of Ian Ratner dated August 6, 2018 | Lack of Foundation<br>Confusion (FRE 403)<br>Hearsay (FRE 802)<br>Authentication (FRE 901)<br>Lack of Bases for Expert Opinion (FRE 703)<br>Daubert (challenging methodology)<br>Lack personal knowledge (FRE 602) |
| 106 | IG780<br>[ Norman Dep. 11; Wenzel Dep. 16; Sutmar Dep. 14<br>Filusch Decl. Exs. 14, 34, 53] | Excel spreadsheet produced in native format showing Individual Defendants' Revenue by Client/Contractor | Lack of Foundation<br>Confusion (FRE 403)<br>Hearsay (FRE 802)<br>Authentication (FRE 901) |
| 107 | IG1035<br>[Filusch Decl. Ex. 33;<br>Sutmar Dep. 13<br>[Wenzel Dep. 15] | Excel spreadsheet produced in native format showing Wenzel's and Sutmar's requisitions | Lack of Foundation<br>Confusion (FRE 403)<br>Hearsay (FRE 802)<br>Authentication (FRE 901) |
| 108 | IG1318 | Excel spreadsheet produced in native format showing, inter alia, "Cohort Attrition by Month - AM Promotions" | Lack of Foundation<br>Confusion (FRE 403)<br>Hearsay (FRE 802)<br>Authentication (FRE 901) |
| 109 | IG1319 | Excel spreadsheet produced in native format showing, inter alia, "Sales and Recruiting" and "Commission Table Summary" | Lack of Foundation<br>Confusion (FRE 403)<br>Hearsay (FRE 802)<br>Authentication (FRE 901) |
| 110 | IG1320-1357 | IG Investments Holdings, LLC Consolidated Financial Statements | Lack of Foundation<br>Confusion (FRE 403)<br>Hearsay (FRE 802)<br>Authentication (FRE 901) |
| 111 | IG1358-1360 | IG Presentation - Growth & Performance Slides | Lack of Foundation<br>Confusion (FRE 403)<br>Hearsay (FRE 802)<br>Authentication (FRE 901) |

| | | Plaintiff Insight Global's Exhibit List | |
|---|---|---|---|
| Ex. No. | Bates Nos. [and prior Insight Global summary judgment &/or deposition exhibit references] | Document Description | Defendants' Objections (If any) |
| 112 | IG1361 | IG Presentation - Client Growth 2008-2016 | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 113 | IG1362-1367 | Staffing Industry Analysts Report - Largest Finance/Accounting Staffing Firms in the US: 2017 Update | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 114 | IG1368-1379 | Staffing Industry Analysts Report - Largest Global Staffing Firms 2017 | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 115 | IG1380-1387 | Staffing Industry Analysts Report - Largest IT Staffing Firms in the US: 2017 Update | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 116 | IG1388-1400 | Staffing Industry Analysts Report - Largest Staffing Firms in the US | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 117 | IG1401-1426 | Staffing Industry Analysts Report - US Staffing Industry Forecast April 2018 Update | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 118 | IG1427 | Excel spreadsheet produced in native format showing, inter alia, Weekly Spread by Cohort | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 119 | IG1428 | Excel spreadsheet produced in native showing, inter alia, Attrition by Week | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 120 | IG1429 | Excel spreadsheet produced in native format showing, inter alia, "Cohort Attrition by Month - Recruiter Hires (All Position Terms)" | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 121 | IG1430 [Petrovich Dep. 18] | Excel spreadsheet produced in native format showing, inter alia, Insight Global Corporate Recruiter Expenses | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |

| | | Plaintiff Insight Global's Exhibit List | |
|---|---|---|---|
| Ex. No. | Bates Nos. [and prior Insight Global summary judgment &/or deposition exhibit references] | Document Description | Defendants' Objections (If any) |
| 122 | IG1431 | Excel spreadsheet produced in native format showing, inter alia, Placements & Spread | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 123 | IG1432 | Overview of Insight Global EBITDA Adjustments | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 124 | IG1433-44 | Insight Global Investments Holdings, LLC Consolidated Income Statement | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 125 | IG1435-1436 | Insight Global Presentation - Staffing Public Comparables | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 126 | IG1437-1439 | Insight Global Presentation - Span of Control & Productivity | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 127 | IG1502 [Petrovich Dep. 19] | Excel spreadsheet produced in native format showing, inter alia, "Financial Impact" | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 128 | IG1503 [Petrovich Dep. 20] | Excel spreadsheet produced in native format showing, inter alia, "Weekly Spread" | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 129 | IG2146 | Excel spreadsheet produced in native format showing Average Leads per Account Manager | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 130 | IG2147 | Excel spreadsheet produced in native format showing, inter alia, Account Manager time distribution | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 131 | IG2148 | Excel spreadsheet produced in native format showing, inter alia, "Fromhold" & "NY AM" | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |

| | | Plaintiff Insight Global's Exhibit List | |
|---|---|---|---|
| Ex. No. | Bates Nos. [and prior Insight Global summary judgment &/or deposition exhibit references] | Document Description | Defendants' Objections (If any) |
| 132 | IG2149 | Excel spreadsheet produced in native format showing "Avg. Pro Recruiter Total Spread" | Lack of Foundation<br>Confusion (FRE 403)<br>Hearsay (FRE 802)<br>Authentication (FRE 901) |
| 133 | IG2150 | Excel spreadsheet produced in native format showing, inter alia, Pro Recruiter & AM Conversion/Term/Comp | Lack of Foundation<br>Confusion (FRE 403)<br>Hearsay (FRE 802)<br>Authentication (FRE 901) |
| 134 | IG2151 | Excel spreadsheet produced in native format showing company-wide spread for staff augmentation placements for Sutmar's clients from January 1, 2015 – April 7, 2018 | Lack of Foundation<br>Confusion (FRE 403)<br>Hearsay (FRE 802)<br>Authentication (FRE 901) |
| 135 | IG2152 | Excel spreadsheet produced in native format showing company-wide spread for staff augmentation placements for Wenzel's clients from January 1, 2015 – April 7, 2018 | Lack of Foundation<br>Confusion (FRE 403)<br>Hearsay (FRE 802)<br>Authentication (FRE 901) |
| 136 | IG2153 | Excel spreadsheet produced in native format showing company-wide fees for direct placements for Sutmar's clients | Lack of Foundation<br>Confusion (FRE 403)<br>Hearsay (FRE 802)<br>Authentication (FRE 901) |
| 137 | IG2154 | Excel spreadsheet produced in native format showing company-wide fees for direct placements for Wenzel's clients | Lack of Foundation<br>Confusion (FRE 403)<br>Hearsay (FRE 802)<br>Authentication (FRE 901) |
| 138 | IG2155 | Excel spreadsheet produced in native format showing, inter alia, spread by week of Insight Global's New York City office | Lack of Foundation<br>Confusion (FRE 403)<br>Hearsay (FRE 802)<br>Authentication (FRE 901) |
| 139 | IG2156 | Excel spreadsheet produced in native format showing Wenzel and Sutmar Spread | Lack of Foundation<br>Confusion (FRE 403)<br>Hearsay (FRE 802)<br>Authentication (FRE 901) |
| 140 | IG2160-2197 | Ibis*World* Industry Report 56132 - Office Staffing & Temp Agencies in the US | Lack of Foundation<br>Confusion (FRE 403)<br>Hearsay (FRE 802)<br>Authentication (FRE 901) |

| | | **Plaintiff Insight Global's Exhibit List** | |
|---|---|---|---|
| **Ex. No.** | **Bates Nos. [and prior Insight Global summary judgment &/or deposition exhibit references]** | **Document Description** | **Defendants' Objections (If any)** |
| 141 | IG2198-2203 | IG Press Release dated January 19, 2018 regarding Bert Bean's Promotion to CEO | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 142 | IG2204-2208 | IG Press Release dated August 18, 2017 – Insight Global Ranked #9 AF&E Firm | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 143 | IG2209-2286 | On Assignment, Inc. Form 10-K for fiscal year ended December 31, 2016 | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 144 | IG2287 | PitchBook Excel spreadsheet produced in native format - Public Comparables | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 145 | IG2288-2292 | Insight Global Press Release dated August 2016 – "SIA Ranks Insight Global as One of the Fastest-Growing US Staffing Firms" | Lack of Foundation Confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| | | **Other Exhibits** | |
| 146 | [McLaren Dep. 11] | LinkedIn pages | Relevance (FRE 402) Prejudicial, waste of time, confusion (FRE 403) Hearsay (FRE 802) Authentication (FRE 901) |
| 147 | [Ocampo Dep. 1] | Ocampo's Curriculum Vitae | Relevance (FRE 402) Waste of time, confusion (FRE 403) Hearsay (FRE 802) |

Dated: March 19, 2019
      New York, New York

                      KASOWITZ BENSON TORRES LLP

                      By:      */s/ Edward E. Filusch*
                            Edward E. Filusch (efilusch@kasowitz.com)
                            Jessica T. Rosenberg (jrosenberg@kasowitz.com)
                            Jonathan L. Shapiro (jshapiro@kasowitz.com)
                            1633 Broadway
                            New York, New York 10019
                            Phone: (212) 506-1700
                            Facsimile: (212) 506 - 1800

                            INSIGHT GLOBAL, LLC
                            Ariel D. Zion (Ariel.Zion@insightglobal.com)
                            Georgia Bar No. 230543
                            4170 Ashford Dunwoody Road, NE
                            Suite 250
                            Atlanta, Georgia 30319
                            Phone: (404) 257-7900
                            Facsimile: (404) 257-1070
                            *Admitted Pro Hac Vice*

                            *Attorneys for Plaintiff Insight Global, LLC*