# PX 104

# FILED UNDER SEAL