UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **INSIGHT GLOBAL, LLC,**<br><br>            **Plaintiff,**<br><br>vs.<br><br>**DANIEL WENZEL, LUKE NORMAN,**<br>**LAUREN SUTMAR, and**<br>**BEACON HILL STAFFING GROUP, LLC,**<br><br>            **Defendants.** | **CASE NO. 1:17-CV-8323-PGG** |

## DEFENDANTS' PROPOSED EXHIBIT LIST

| Defendant Exhibit No. | Description | ATTACHED OR FILED UNDER SEAL |
|---|---|---|
| Def. 1 | May 8, 2013 offer letter from Insight Global to Daniel Wenzel | Attached |
| Def. 2 | May 9, 2013 email from Sean Law to Daniel Wenzel (starting at IG_00000937) | Attached |
| Def. 3 | May 16, 2013 email from Sean Law to Daniel Wenzel (starting at IG_00000991) | Attached |
| Def. 4 | May 16, 2013 emails between Daniel Wenzel and Cassandra Kanas and Andrea Bombino at Insight Global (starting at IG_ 00000993 and IG_0000000995) | Attached |

| Def. 5 | May 16, 2013 email from Sean Law to Daniel Wenzel with attachments (starting at IG_00000939) | Attached |
|---|---|---|
| Def. 6 | May 20, 2013 emails between Sean Law and Daniel Wenzel (starting at IG_0000000997) | Attached |
| Def. 7 | May 22, 2013 email from Sean Law to Daniel Wenzel (IG_000000959) | Attached |
| Def. 8 | May 22, 2013 email from Daniel Wenzel to Sean Law, with attachments (starting at IG_00000948) | Attached |
| Def. 9 | June 10, 2013 email from Daniel Wenzel to Rachel Peacock, with attachments (starting at IG_000000960) | Attached |
| Def. 10 | June 10, 2013 email from Daniel Wenzel to Sean Law with attachments (starting at IG_000000966) | Attached |
| Def. 11 | June 12, 2013 email from Sean Law to Daniel Wenzel with attachments (starting at IG_00000972) | Attached |
| Def. 12 | June 12, 2013 email from Sean Law to Daniel Wenzel (starting at IG_00000974) | Attached |
| Def. 13 | June 2013 emails between Rachel Peacock and Daniel Wenzel (IG_0000001000 to 1002) | Attached |
|  |  |  |
| Def. 14 | December 3, 2013 email from Lauren Sutmar to Luigi Prainito (starting at IG_00000001012) | Attached |
| Def. 15 | January 9, 2014 email from Lauren Sutmar to Luigi Prainito (starting at IG_00000977) | Attached |

| | | |
|---|---|---|
| Def. 16 | January 28, 2014 email from Lauren Sutmar to Luigi Prainito, with attachments (starting at IG_0000000981) | Attached |
| Def. 17 | January 28, 2014 email from Lauren Sutmar to Luigi Prainito, with attachments (starting at IG_00000986) | Attached |
| | | |
| Def. 18 | December 2, 2014 offer letter from Insight Global to Luke Norman (IG_00000174) | Attached |
| Def. 19 | December 15, 2014 email from Luke Norman to Sean Law (starting at IG_00001027) | Attached |
| Def. 20 | December 12, 2014 email from Sean Law at Insight Global to Luke Norman, with attachments (starting at IG_000000906) | Attached |
| | | |
| Def. 21 | Insight Global At-Will Employment Agreement, signed by Luke Norman on February 8, 2016 | Attached |
| Def. 22 | Insight Global At-Will Employment Agreement, signed by Daniel Wenzel on November 21, 2016 | Attached |
| Def. 23 | Insight Global At-Will Employment Agreement, signed by Lauren Sutmar on April 6, 2016 | Attached |
| | | |
| Def. 24 | June 16, 2017 Email from Daniel Wenzel, forwarding November 2016 chain of emails between Daniel Wenzel and Sarah Bosco and enclosing "Arbitration and Internal Agreements" (IG_00000005 to IG_00000022) | Attached |

| Def. 25 | Insight Global Screenshot showing "Demotion" of Daniel Wenzel and dated February 24, 2017  (IG_00000275) | Attached |
|---|---|---|
| Def. 26 | February 2017 Text messages between Lauren Sutmar and Daniel Pride (LS_000055 to 58) | Attached |
| Def. 27 | Offer Letter to Daniel Wenzel from Beacon Hill (DW 00001 to 2) | Attached |
| Def. 28 | Offer Letter to Lauren Sutmar from Beacon Hill (LS 00001) | Attached |
| Def. 29 | Offer Letter to Luke Norman from Beacon Hill (LN 00001 to 2) | Attached |
|  |  |  |
| Def. 30 | April 24, 2015 Subcontracting Agreement between Agile.1 and Insight Global, for provisions of services to NBC Universal (IG_00000581 to IG_00000000637) and amendments (IG_00000577 to 580) | Filed Under Seal |
| Def. 31 | Consulting Services Agreement between Insight Global and NBC Universal, dated May 9, 2012 (IG_0000000638 to IG_00000000658) | Filed Under Seal |
| Def. 32 | Consulting Agreement between Insight Global and Sony Music Entertainment, dated August 26, 2013 (IG_0000000843 to IG_0000000853) | Filed Under Seal |
| Def. 33 | Insight Global Master Services Agreement for Staffing Services, with Museum of Modern Art, dated March 1, 2015 (IG_00000856 to IG_00000000000867) and amendments (IG_00000854 to 855) | Filed Under Seal |
| Def. 34 | September 5, 2013 Subcontracting Agreement between Agile.1 and Beacon Hill Staffing Group, for provisions of services to NBC Universal | Filed Under Seal |
| Def. 35 | Master Temporary Professional Agreement between KPMG LLP and Beacon Hill Staffing Group, LLC, dated January 4, 2011 (BHSG0000261 to 293), and  amendments | Filed Under Seal |

| Def. 36 | Beacon Hill Temporary Service Agreement and Direct Hire and Conversion Fee Structure, with Revlon, signed August 8, 2013 | Filed Under Seal |
|---|---|---|
| Def. 37 | Temporary Services and Direct Hire Placement, Temporary Employment, agreement between Beacon Hill and Museum of Modern Art (BHSG0000880 to 882). | Filed Under Seal |
| Def. 38 | Contingent Search Firm Agreement between NBC Universal Media, LLC and Beacon Hill, commencing on May 1, 2013 (BHSG0000422 to 429) | Filed Under Seal |
| Def. 39 | Consulting Services Agreements between Charter Communications and Beacon Hill Staffing Group, dated July 2014, October 21, 2014, and amendments and addenda | Filed Under Seal |
| Def. 40 | Disney ABC Television Group Agreement for Permanent Placement, dated November 12, 2015 | Filed Under Seal |
| Def. 41 | Background Screening Certification – Beacon Hill Staffing Group and Time Warner Cable, dated December 2016 | Filed Under Seal |
| Def. 42 | Agreements between Beacon Hill and Deloitte, dating back to 2008 | Filed Under Seal |
| Def. 43 | Managed Supplier Agreement between PeopleScout MSP, LLC and Beacon Hill Staffing Group, LLC, for temporary labor services for Hearst Enterprise Services, Inc., dated April 11, 2017 | Filed Under Seal |
| Def. 44 | Master Temporary Professional Agreement between KPMG LLP and Beacon Hill Staffing Group, dated January 4, 2011 (BHSG0000261 to 293) | Filed Under Seal |
| Def. 45 | Agreements with KPMG, LLP, dated August 17, 2005 and October 6, 2006 (BHSG0000251 to 260) | Filed Under Seal |
| Def. 46 | Participation Agreement with Hospira, a Pfizer company, dated January 2, 2017 | Filed Under Seal |
| Def. 47 | Agreements between NYU Langone and Beacon Hill Staffing Group, LLC | Filed Under Seal |

| | | |
|---|---|---|
| | | |
| Def. 48 | Email between Daniel Wenzel and Bob Madalone, October 30, 2017 (BHSG0000147), and Daniel Wenzel and Malik Zegdi (BHSG0000144) | Filed Under Seal |
| Def. 49 | Emails between Daniel Wenzel and Rajavi Shah @ Charter.com (BHSG0000142 and BHSG00000329) | Filed Under Seal |
| Def. 50 | Email from Dave Cornine to Daniel Wenzel, January 8, 2018 (BHSG 0000566) | Filed Under Seal |
| | | |
| Def. 51 | DiscoverOrg and LinkedIn directories identifying employees and contact information at NBC Universal | Filed Under Seal |
| Def. 52 | DiscoverOrg and LinkedIn directories identifying employees and contact information at Compass | Filed Under Seal |
| Def. 53 | DiscoverOrg and LinkedIn directories identifying employees and contact information at Time Warner | Filed Under Seal |
| Def. 54 | DiscoverOrg and LinkedIn directories identifying employees and contact information at The New York Times | Filed Under Seal |
| Def. 55 | DiscoverOrg and LinkedIn directories identifying employees and contact information at Charter Communications | Filed Under Seal |

| Def. 56 | DiscoverOrg and LinkedIn directories identifying employees and contact information at Sony Music Entertainment | Filed Under Seal |
|---|---|---|
| Def. 57 | DiscoverOrg and LinkedIn directories identifying employees and contact information at KPMG | Filed Under Seal |
| Def. 58 | DiscoverOrg and LinkedIn directories identifying employees and contact information at Revlon | Filed Under Seal |
| Def. 59 | LinkedIn directories identifying employees and contact information at ABC Television. | Filed Under Seal |
| Def. 60 | DiscoverOrg and LinkedIn directories identifying employees and contact information at Pfizer | Filed Under Seal |
| Def. 61 | DiscoverOrg and LinkedIn directories identifying employees and contact information at Deloitte | Filed Under Seal |
| Def. 62 | DiscoverOrg and LinkedIn directories identifying employees and contact information at Hearst | Filed Under Seal |
| Def. 63 | DiscoverOrg and LinkedIn directories identifying employees and contact information at Penguin Random House | Filed Under Seal |
| Def. 64 | DiscoverOrg and LinkedIn directories identifying employees and contact information at Spotify | Filed Under Seal |
| Def. 65 | DiscoverOrg and LinkedIn directories identifying employees and contact information at Alliance Bernstein | Filed Under Seal |
|  |  |  |
| Def. 66 | Professional Recruiter Training (IG_0000710 to IG_00000738) | Filed Under Seal |

| | | |
|---|---|---|
| Def. 67 | Excerpts from Insight Global training (IG_00000805 to IG_00000808) | Filed Under Seal |
| Def. 68 | Insight Global text messages (IG_000001592) (IG_000001601)  (IG_000001850-1851) (IG_00002002) (IG _ 0000002011)  (IG_000002090) | Filed Under Seal |
| Def. 69 | Exhibit 6 to Skylar Cuppy Deposition | Attached |
| Def. 70 | Exhibit 12 to February 1, 2019 Bednar Declaration (https://blog.classesandcareers.com/advisor/what-you-wish-youd-known-before-your-job-interview). | Attached |
| Def. 71 | Spreadsheet Bates-stamped IG_00002144 – Hiring and Termination Data for the Insight Global New York City Office | Filed Under Seal |
| Def. 72 | Insight Global's Responses to Requests for Admission | Attached |
| Def. 73 | April 11, 2016 Settlement Agreement | Filed Under Seal |
| | | |
| Def. 74 | AICPA Forensic & Valuation Services Practice Aid: Attaining Reasonable Certainty in Economic Damages Calculations, 2015 (cited in and produced with Klerowski expert report) | Attached |
| Def. 75 | AICPA Code of Professional Conduct Effective December 15, 2014, updated through August 31, 2016 (cited in and produced with Klerowski expert report) | Attached |
| Def. 76 | AICPA Litigation Services and Applicable Professional Standards, Consulting Services Special Report 03-1 (cited in and produced with Klerowski expert report) | Attached |
| Def. 77 | AICPA Forensic and Valuation Services Practice Aid, Calculating Lost Profits (cited in and produced with Klerowski expert report) | Attached |

| | | |
|---|---|---|
| Def. 78 | AICPA Consulting Services Statement of Standards for Consulting Services CS Section 100 (2015) (cited in and produced with Klerowski expert report) | Attached |
| Def. 79 | KForce Inc., Job Posting, KForce My Hiring website, available at https://myhiring.kforce.com/careersection/ex/jobdetail.ftl?job=180746&tz=GMT-04%3A00 (Last Accessed July 4, 2018) (cited in and produced with Klerowski expert report) | Attached |
| Def. 80 | Resources Global Professionals, "Investor Relations", The Resources Global Professionals website, available at http://ir.rgp.com/investor-relations (Last Accessed July 4, 2018) | |
| Def. 81 | Resources Global Professionals, Job Posting, RGP Careers Website, available at http://careers.rgp.com/ShowJob/Id/136803/Executive-Search-Recruiter-Accounting-Finance/ (Last Accessed July 4, 2018) (cited in and produced with Klerowski expert report) | Attached |
| Def. 82 | Robert Half Inc, Job Posting, Robert Half Workday Jobs website, available at https://roberthalf.wd1.myworkdayjobs.com/en-US/RobertHalfStaffingCareers/job/NEW-YORKMIDTOWN/ Midtown-RH-Technology-CS-Sr-Recruiter_JR-204004 (Last Accessed July 4, 2018) (cited in and produced with Klerowski expert report) | Attached |
| Def. 83 | Rebuttal expert report of Jon P. Klerowski, dated July 6, 2018 | Attached |
| Def. 84 | Professional Biography of Jon P. Klerowski, updated as of March 2019 | Attached |

        ECKERT SEAMANS CHERIN & MELLOTT, LLC

        */s/ Charlotte L. Bednar*
        Geraldine A. Cheverko (gcheverko@eckertseamans.com)
        Charlotte L. Bednar (cbednar@eckertseamans.com)
        Anthony M. Moccia (amoccia @eckertseamans.com)
        ECKERT SEAMANS CHERIN & MELLOTT, LLC
        10 Bank St., Suite 700
        White Plains, NY 10606
        Phone: (914) 949-2909
        Facsimile: (914) 949-5424

        ***Attorneys for Defendants Daniel Wenzel, Luke Norman, Lauren Sutmar and Beacon Hill Staffing Group, LLC***

Dated:  March 19, 2019

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was served upon all counsel of via ECF on this 19th day of March 2019, upon the following counsel:

Edward Filusch
Jessica Rosenberg
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
*VIA EMAIL:* efilusch@kasowitz.com
              jrosenberg@kasowitz.com


Ariel D. Zion
Insight Global, LLC
4170 Ashford Dunwoody Road, NE
Suite 250
Atlanta, Georgia 30319
*VIA EMAIL:*  Ariel.Zion@insightglobal.com

                                      */s/ Charlotte L. Bednar*