DEF. 83

an explanation or reasonable basis for not using historical information related to the IT sector only.[86, 87]

I have reviewed and evaluated the use of the Replacement Cost damages methodology in the Ratner Report and have identified flaws in the methodologies adopted and opinions presented therein. I also reviewed the Replacement Cost Analysis and identified several flaws and inconsistencies, as well as certain inputs and assumptions that lacked adequate explanation, evidence or support that, in my opinion, render such analyses and opinions unreliable.

## C. Analysis of the Cost to Develop Trade Secrets Methodology Applied in the Ratner Report

As discussed above, the Ratner Report concluded that the appropriate measure of damages is the amount it would have cost the Defendant to develop the alleged misappropriated trade secrets and used "the cost incurred by Insight Global to develop the trade secrets" as a reasonable proxy.[88] Notably, although the Ratner Report attempts to estimate the costs incurred by Insight Global to develop the trade secrets, Insight Global will not incur any incremental costs or lost profits associated with the historical cost to develop the trade secrets.

### 1. Costs to Develop Hiring Manager Information

Hiring manager information generally consists of schedules containing hiring manager names, job titles, and contact information at a point in time.[89] For example, the majority of hiring manager information that Sutmar allegedly misappropriated was contained in a schedule emailed to her by a Sales Manager on September 15, 2016, which Sutmar then forwarded to herself on February 27, 2017.[90] The Ratner Report calculated the "Cost to Develop Hiring Manager Information" as follows:[91]

---

[86] Complaint, paragraphs 32, 39, and 44. Insight Global provided Wenzel, Sutmar, and Norman each with specialized one-on-one and group training to prepare for a career with the Company with a focus on IT staffing.
[87] Deposition of Daniel Wenzel at pgs. 95-96. Wenzel did not ever staff anything in the AF&E division. Deposition of Lauren Sutmar at pg. 82. Sutmar did not ever sell anything in the AF&E division. Deposition of Luke Norman at pg. 117. Norman had the opportunity to recruit for AF&E, but most of his recruiting was in IT.
[88] Ratner Report, pg. 25.
[89] Complaint, paragraph 28; IG_00000570.
[90] IG_00000569-570.
[91] Ratner Report, pgs. 26-27.

the cost of the misappropriated Hiring Manager information was calculated by multiplying the number of Hiring Managers for which each Former Employee misappropriated information, by the Company's average cost to develop a Hiring Manager lead in the New York office. The average cost to develop a Hiring Manager lead was derived by dividing the average annual New York Account Manager salaries and benefits relating to time spent on Hiring Manager relationships, by the average number of Hiring Manager leads generated per year by an Account Manager.

I have reviewed and evaluated the use of the Cost to Develop Hiring Manager Information damages methodology in the Ratner Report and have identified flaws in the methodology and incorrect or unsupported inputs and assumptions presented therein that, in my opinion, render such analyses and opinions unreliable, as demonstrated below:

### Cost to Develop Hiring Manager Information Analysis is Flawed

I reviewed the Cost to Develop Hiring Manager Information under the assumption that it is an appropriate methodology to assess damages in this Litigation. Based on my review, I identified flaws, as well as certain inputs and assumptions that were incorrect or lacked adequate explanation, evidence or support. Each of these items are discussed below:

### a. Cost to Develop Hiring Manager Information Analysis is Redundant to Replacement Cost Analysis

Damages calculated within the Cost to Develop Hiring Manager Information Analysis appear to be redundant to the Replacement Cost Analysis. This is because Account Managers will build the list of hiring managers and add hiring managers to the list over the course of the year. The Replacement Cost Analysis is already seeking damages related to hypothetical Account Manager salaries, so it would be redundant to seek damages in addition for an Account Manager's salary related to time spent on Hiring Manager Information.

### b. Cost to Develop Hiring Manager Information Relies on Incorrect or Unsubstantiated Inputs and Assumptions Without Obtaining Further Corroborating Evidence

The Cost to Develop Hiring Manager Information Analysis uses incorrect or unsupported inputs and assumptions provided by the Company without obtaining further corroborating evidence in the form of supporting schedules, supporting data or historical records, as follows:

HIGHLY CONFIDENTIAL

Incorrect Number of Hiring Managers

The Cost to Develop Hiring Manager Information Analysis uses an input that Sutmar allegedly misappropriated contact information for 502 hiring managers.[92] However, some of the hiring managers included within the list of 502 were obtained after Sutmar's departure from Insight Global, during her employment with Beacon Hill.[93] If the analysis appropriately excluded any of Sutmar's hiring manager contacts obtained while employed at Beacon Hill, the estimated cost to develop Sutmar's allegedly misappropriated Hiring Manager Information would be less than the ___ presented.

65% of Account Manager Time Related to Hiring Managers Relationships

The Cost to Develop Hiring Manager Information Analysis relies on a key assumption that each Account Manager spends 65% of their time on hiring manager relationships. Importantly, this calculation relies on the unsupported assumption that all of the time spent on hiring manager relationships (i.e. the 65%) was spent developing the hiring manager contact lists. This figure is listed in a schedule[94] apparently produced by the Company, however there is no evidence or supporting schedules providing any level of detail beyond the breakout of Account Manager's estimated hours spent on various tasks. The Ratner Report provides no historical evidence or explanation as to how the Company arrived at the 65%, nor is there evidence of any review or testing conducted within the Ratner Report.

Leads per Account Manager

The Cost to Develop Hiring Manager Information Analysis relies on the assumption that there were 51,487 hiring manager leads in 2015, which equates to an average of 452 leads per year per Account Manager.[95] These figures were purportedly based on data contained

---

[92] Ratner Report, Trade Secret Schedule 2.2.
[93] For example, Matias Pacheco (MoMA) is listed as No. 333 on Trade Secret Schedule 2.2. However, Sutmar was introduced to him when a colleague at Beacon Hill had departed. See Deposition of Lauren Sutmar at pgs.172-173.
[94] IG_00002147.
[95] Ratner Report, Trade Secret Schedule 2.

HIGHLY CONFIDENTIAL

in the Company's Comtrak CRM database, however there is no data, schedules or database information provided to substantiate the figures.[96]

## 2. Costs to Develop Designee Program Training Manual

The Ratner Report describes the Designee Program Training Manual as a document that memorializes Insight Global's sales process,[97] and includes information related to: the sales process, obtaining and managing customer relationships, interview preparation and the IT and AF&E sectors, among other items.[98] The Ratner Report calculated the "Cost to Develop Designee Program Training Manual" as follows:[99]

the cost of the Designee Program Training Manual was estimated by multiplying the approximate number of hours spent by Mike Fromhold to create the training manual by his hourly compensation expense to the Company. Although other employees had involvement in creating, reviewing, and editing the training manual, we have conservatively excluded any estimates of their time.

I have reviewed and evaluated the use of the Cost to Develop Designee Program Training Manual damages methodology in the Ratner Report and have identified a flaw in the methodology and unsupported inputs and assumptions presented therein that, in my opinion, render such analyses and opinions unreliable, as demonstrated below:

### Cost to Develop Designee Program Training Manual Analysis is Flawed

I reviewed the Cost to Develop Designee Program Training Manual Analysis under the assumption that it is an appropriate methodology to assess damages in this Litigation. Based on my review, I identified a flaw, as well as certain inputs and assumptions that lacked adequate explanation, evidence or support. Each of these items are discussed below:

---

[96] IG_00002146, "accnt mgrs in role 2015" tab.
[97] Ratner Report, pg. 26.
[98] "Northeast Region Designee Packet Version 3.0" updated as of February 7, 2017, at LS000009-28.
[99] Ratner Report, pg. 27.

*a.  Cost to Develop Designee Program Training Manual Analysis Inappropriately Applies Fromhold's Working Hours*

Damages calculated within the Cost to Develop Designee Program Training Manual Analysis are based on an average of 50.2 weeks, excluding vacation and holidays, multiplied by 40 hours per week, for a total of 2,008 hours per year.[100] As noted in Trade Secret Schedule 3, Fromhold's salary and benefits includes overtime pay. As such, the estimated cost to develop the Designee Program Training Manual should be based on Fromhold's actual hours worked, which would be higher than the 2,008 hours if he worked overtime. If the hours worked in the Cost to Develop Designee Program Training Manual Analysis is understated, it would result in an overstated Cost to Develop Designee Program Training Manual. Additionally, this should be rooted in accounting records, such as historical time records.

*b.  Cost to Develop Designee Program Training Manual Relies on Unsubstantiated Inputs and Assumptions Without Obtaining Further Corroborating Evidence*

The Cost to Develop Designee Program Training Manual Analysis uses unsupported inputs and assumption provided by the Company without obtaining further corroborating evidence in the form of supporting schedules, supporting data or historical records, as follows:

### 240 Hours to Create Training

The Cost to Develop Designee Program Training Manual Analysis relies on a key assumption that Fromhold spent 240 hours to create the manual from 2015 to 2017:

- 200 hours to prepare the training manual version 1 in 2015;
- 20 hours to update the training manual version 2 in 2015; and
- 20 hours to update the training manual version 3 in 2017.

---

[100] Ratner Report, Trade Secret Schedule 3.

These assumptions are based on Fromhold's recollection several years after the time period where he spent the most significant amount of time on the manual, as opposed to historical records, such as timesheets.[101]

## Payroll Tax Rate of 9%

The Cost to Develop Designee Program Training Manual Analysis utilized a payroll tax rate of 9% applied to Fromhold's salary. However, as previously explained, based on Fromhold's 2015 and 2017 salary and benefits of $372,218 and $509,862,[102] respectively, Fromhold's effective payroll tax rate would have been less than 9%. Notably, the Payroll Tax Schedule discussed previously calculates an effective payroll tax rate of 6.17% for an employee with expected pay of $206,546.[103] If the Cost to Develop Designee Program Training Manual Analysis utilized an appropriate effective payroll tax rate, the alleged cost to develop the manual would be less than the ████ presented.

---

[101] Ratner Report, Trade Secret Schedule 3, which cites a conversation with Fromhold as the basis for the estimated time spent of 240 hours. Also, Deposition of Michael Fromhold at pgs. 126-127: "I spent upwards of I would say close to 200 plus hours working on that for several weeks, probably close to months, to really perfect it and get it right."

[102] Ratner Report, Trade Secret Schedule 3.

[103] IG_00002150, "Payroll Tax" tab.

HIGHLY CONFIDENTIAL

- - - - - - - - - - - - - - - - - - - - -

In my opinion, based on my education, experience, and training, as well as the analyses and procedures I have performed, to a reasonable degree of certainty in the field of accounting and as demonstrated above, I have identified flaws in the analyses and opinions presented in the Ratner Report that render such analyses and opinions unreliable.

I reserve the right to supplement or amend is report as additional relevant information becomes available and to address issues raised by other witnesses. Further, in accordance with Rule 26(a)(2)(B)(iii), if this matter proceeds to trial, I may prepare exhibits based on this Report and/or on my opinions and analysis developed in response to further information, including additional discovery and information presented by the Plaintiffs or their experts or other professionals.

Jon P. Klerowski
July 6, 2018

HIGHLY CONFIDENTIAL

# Exhibit A
# Information Considered

# Exhibit A - Information Considered

In forming my opinions and observations, I have considered the information and documents referenced in my report and listed below:

## *Legal Documents*

Answer of Luke Norman to Plaintiff's First Amended Complaint, dated January 25, 2018

Defendant Beacon Hill Staffing Group Responses to First Set of Requests for Production of Documents, dated February 9, 2018

Defendant Daniel Wenzel's Responses to First Set of Requests for Production of Documents, dated February 9, 2018

Defendant Lauren Sutmar's Responses to First Set of Requests for Production of Documents, dated February 9, 2018

Defendant Luke Norman's Responses to First Set of Requests for Production of Documents, dated February 9, 2018

Insight Global, LLC's First Amended Complaint (including exhibits), dated January 11, 2018

List of Daniel Wenzel's clients for which he generated a placement during his employment with Insight Global (Included in Appendix 3 of Ratner Report)

List of Lauren Sutmar's clients for which she generated a placement during her employment with Insight Global (Included in Appendix 4 of Ratner Report)

Report of Ian Ratner, dated June 20, 2018

## *Depositions*

30(b)(6) Deposition Transcript of Michael Fromhold, dated May 24, 2018

Deposition Transcript of Daniel Wenzel (including Exhibits 30 through 41, 46, 48, 49, 52, 54, 55, and 56), dated April 26, 2018

Deposition Transcript of Lauren Sutmar (including Exhibits 22 through 30), dated April 25, 2018

Deposition Transcript of Luke Norman, dated April 24, 2018

## *Documents Produced in Connection with the Litigation*

IG_00000569: Email containing Lauren Sutmar call sheet as attachment (attachment not bates stamped)

IG_00000570: Lauren Sutmar Call Sheet

IG_00001320-1357: IG Investments Holdings LLC and Subsidiaries 17-16 Final.pdf

IG_00001358-1360: IG Profitability and Market Share.pdf

IG_00001362-1367: Staffing Industry Analysts Largest Finance/Accounting Staffing Firms in the United States: 2017 Update

IG_00001380-1387: Staffing Industry Analysts Largest IT Staffing Firms in the United States: 2017 Updates

IG_00001388-1400: Staffing Industry Analysts Largest Staffing Firms in the United States: 2017 Update

IG_00001437-1439: Span Conversion Productivity.pdf

IG_00001502: AM Replacement Costs _052518 - HIGHLY CONFIDENTIAL

IG_00002145: Employee File Data.xlsx

IG_00002146: 2015 AM Lead data - HIGHLY CONFIDENTIAL - AEO.xlsx

IG_00002147: AM Time - HIGHLY CONFIDENTIAL - AEO.xlsx

IG_00002148: Compensation Support_060618 - HIGHLY CONFIDENTIAL - AEO.xlsx

IG_00002149: Historic Pro Rctr Productivity - HIGHLY CONFIDENTIAL - AEO.xlsx

IG_00002150: Model_Support_053018 - HIGHLY CONFIDENTIAL - AEO.xlsx

IG_00002151: Weekly Client Data (Sutmar) - HIGHLY CONFIDENTIAL - AE.xlsx

IG_00002152: Weekly Client Data (Wenzel) - HIGHLY CONFIDENTIAL - AE.xlsx

IG_00002153: Weekly Client Data Direct Placements (Sutmar) - HIGHLY CONFIDENTIAL - AEO.xlsx

IG_00002154: Weekly Client Data Direct Placements (Wenzel) - HIGHLY CONFIDENTIAL - AEO.xlsx

IG_00002155: Weekly Spread by Office_2015-2018 - HIGHLY CONFIDENTIAL - AEO.xlsx

IG_00002156: Wenzel and Sutmar Spread - HIGHLY CONFIDENTIAL

IG_00002157-2159: https://www.insightglobal.com/company/historycore-principles/

IG_00002160-2197: IBIS World Report 56132 Office Staffing & Temp Agencies in US, March 2018

IG_00002198-2203: Insight Global Press Release: Insight Global Promotes Bert Bean to CEO; Glenn Johnson to Remain as Executive Chairman

IG_00002204-2208: Insight Global Press Release: Insight Global Ranked as the #9 Largest Finance and Accounting Firm in the US by Staffing Industry Analysts

IG_00002209-2286: ON Assignment Inc. 2016 10-K

IG_00002287: Comparable Public Company Data from Pitchbook.com

IG_00002288-2292: Insight Global Press Release: SIA Ranks Insight Global as One of the Fastest Growing US Staffing Firms

LS_000001-28: Lauren Sutmar email containing attached Designee Program Training Manual

### *Articles and Publications*

AICPA Code of Professional Conduct

AICPA Forensic & Valuation Services Practice Aid, *Attaining Reasonable Certainty in Economic Damages Calculations*, American Institute of Certified Public Accountants (2015)

AICPA Forensic & Valuation Services Practice Aid, *Calculating Lost Profits*, American Institute of Certified Public Accountants (2018)

AICPA Litigation Services and Applicable Professional Standards, *Consulting Services Special Report 03-1*, American Institute of Certified Public Accountants (2003)

AICPA Statement on Standards for Consulting Services (2015)

Weil, R.L., Frank, P.B., Hughes, C.W., Wagner, M. J. *Litigation Services Handbook 4th Edition*, John Wiley & Sons Inc.: New Jersey (2007)

### *Other*

KForce Inc., Job Posting, KForce My Hiring website, available at https://myhiring.kforce.com/careersection/ex/jobdetail.ftl?job=180746&tz=GMT-04%3A00 (Last Accessed July 4, 2018)

Resources Global Professionals, "Investor Relations", The Resources Global Professionals website, available at http://ir.rgp.com/investor-relations (Last Accessed July 4, 2018)

Resources Global Professionals, Job Posting, RGP Careers Website, available at http://careers.rgp.com/ShowJob/Id/136803/Executive-Search-Recruiter-Accounting-Finance/ (Last Accessed July 4, 2018)

Robert Half Inc, Job Posting, Robert Half Workday Jobs website, available at https://roberthalf.wd1.myworkdayjobs.com/en-US/RobertHalfStaffingCareers/job/NEW-YORK-MIDTOWN/Midtown-RH-Technology-CS-Sr-Recruiter_JR-204004 (Last Accessed July 4, 2018)

# Exhibit B
# Professional Biography –
# Jon P. Klerowski

# ▐ **Floyd**Advisory

## Jon P. Klerowski, CPA, ABV, CFE



### Education and Certifications

- Bachelor in Finance, Bentley College
- Master of Business Administration, Accounting, Suffolk University
- Certified Public Accountant (CPA), California
- Certified Fraud Examiner (CFE)
- AICPA Accreditation in Business Valuation (ABV)

### Affiliations

- American Institute of Certified Public Accountants
- Association of Certified Fraud Examiners

**Jon P. Klerowski** is a Partner at Floyd Advisory. Mr. Klerowski has significant experience advising executive management, boards of directors, and their counsel on a wide array of accounting, financial reporting and modeling, business valuation and forensic accounting matters.

Examples of Mr. Klerowski's experience include SEC and DOJ investigations of public registrants, SEC reporting matters, white-collar defense cases, corporate governance investigations, and various business dispute matters, including damages analyses and purchase price disputes. He has appeared before the SEC to present investigative findings. He has also assisted companies on large multi-year financial statement restatements, international FCPA matters and matters involving the False Claims Act. Mr. Klerowski has experience across numerous industries, including asset management, software, healthcare, pharmaceutical, insurance, manufacturing and telecommunications.

Prior to joining Floyd Advisory, Mr. Klerowski was a Director with FTI Consulting in their Forensic and Litigation Consulting group and spent several years in the Accounting & Financial Consulting practice of Huron Consulting Group. Mr. Klerowski started his career in the audit and assurance practice of Arthur Andersen.

### Select Engagement Experience

#### *Business Disputes and Financial Analysis Engagements*

- Engaged as accounting expert by counsel in a False Claims Act matter to opine on the damages sustained by the U.S. government due to alleged false claims submitted by a government contractor.
- Assisted with an expert report on an intellectual property matter related to the damages due to a jewelry manufacturer resulting from an alleged trademark infringement.

- Assisted with an expert report related to a contract dispute between parties to a settlement and license agreement. Opined on the appropriate GAAP accounting treatment of a patent infringement settlement received by the parties.

- In a contract dispute between the private operator of a state lottery and the state government, prepared calculations related to amounts owed to and from the government. Assisted with an expert report to a neutral arbiter to supplement the private operator's claim submission.

- Determined a fair amount owed by pharmaceutical client related to the calculated gross margin of a drug resulting from a joint development agreement over a three-year period. Assessed recording of net sales and utilized cost accounting concepts as well as reasonable cost allocation methodologies to develop the calculation of the product gross margin.

- Provided accounting advisory services to counsel of a large software company in a post-acquisition purchase price dispute. The largest component of the dispute related to software revenue recognition policies of the acquired company. Worked closely with counsel in drafting several pleadings submitted in the related arbitration proceedings.

- Assisted a public telecommunications company with the assessment and negotiation of a purchase price dispute with an acquired company.

### Financial Reporting Matters / Forensic Accounting Investigations

- Engaged by the Audit Committee of a public telecommunications company to investigate certain accounting and financial reporting improprieties alleged in a whistleblower letter. In conjunction with defense counsel, investigated the alleged activity and uncovered additional misstatements which ultimately led to a financial statement restatement, mainly related to revenue recognition. Advised the Audit Committee on numerous financial reporting matters, including revenue recognition, A/R reserves, and materiality assessments.

- Engaged by defense counsel of a public company related to an ongoing investigation of alleged FCPA violations at its European subsidiary. Provided assistance related to the potential financial reporting impact, along with a calculation of profit disgorgement causally connected to the alleged activity. Assisted registrant with DOJ and SEC settlement discussions and presented the cost accounting findings related to the profit disgorgement calculations to the DOJ and SEC.

- Engaged by counsel in a securities class action lawsuit against a multi-national oilfield products & services company that restated its financial statements on three occasions related to its accounting for income taxes. Assisted with accounting and auditing related matters and assisted with the issuance of an expert report.

- In response to SEC cease-and-desist orders against a major insurance company, participated in teams of independent consultants tasked with reviewing and investigating public companies' compliance with accounting and financial reporting standards as counterparties to the insurer.

- In response to SEC cease-and-desist orders against a public software company, acted as independent consultant tasked with reviewing and investigating compliance with revenue recognition and financial reporting standards, along with internal controls and procedures.

- Assisted legal counsel with several financial reporting investigations on behalf of audit committees and boards of directors involving improper revenue recognition, impairment analyses, reserve manipulation, misapplication of GAAP, and other types of accounting and internal control matters.

- Assisted several public companies with technical accounting and financial reporting matters during multi-year restatements and periods of non-compliance with SEC regulations due to non-current filings. Assistance included preparation of technical accounting memos, restated financials, and public filings, acting as a liaison between the auditors and the company, and assisting counsel with representing the companies in communications with the SEC and defense of class action litigation arising out of restatements.

- Assisted development stage pharmaceutical company prepare GAAP financial statements. Prepared technical accounting analyses and memos in preparation for "Big 4" audit. Assisted counsel in responding to SEC investigation surrounding the company's capitalization (through sale of debt and equity) and related party transactions.

- Engaged by founder and lead investor of a hedge fund / investment manager to conduct a set of agreed-upon forensic procedures. Procedures focused on review for defalcation or misappropriation schemes in both the funds and management company.

## Publications

"Demonstrating Value: How to Avoid Running Afoul of RESPA's Anti-Kickback Provisions," *American Land Title Association* (Aug 2017)

"Minimizing Financial Reporting and Fraud Risks: Lessons from JP Morgan Chase & Co.," *Financial Fraud Law Report* (March 2014)

# Exhibit C

# Example Experienced Hire Job Opportunities (Comparable Companies)

Sign In                        English    ▼

# Careers at Robert Half

## Midtown RH Technology CS Sr. Recruiter

◦ NEW YORK MIDTOWN

Apply          | **Apply with LinkedIn** |

Posted 30+ Days Ago

Full time

JR-204004

**JOB REQUISITION**
Midtown RH Technology CS Sr. Recruiter

**LOCATION**
NEW YORK MIDTOWN

**JOB DESCRIPTION**
Job Summary

As a **Senior Recruiter** your responsibilities will include:

- **Candidate recruitment and retention:** Source, evaluate, and review potential IT candidates utilizing cold calls, job boards, social networking and internal database etc. Interview prospective IT candidates via phone/in person to assess skill set, work history, and salary requirements. Recruiter will also be responsible for developing and maintaining a strong pipeline of qualified IT talent to submit to current and future client base.
- **Placement activities:** Select well-matched candidates to fulfill client job orders and maintain on-going contact with IT professionals currently on assignment to ensure exceptional customer service. In addition, the recruiter will resolve any customer service issues quickly and efficiently to maintain the highest level of customer satisfaction.
- **Leads:** Generate leads and market intelligence to enhance our new client development efforts. Maintain relationships with candidates to gain industry knowledge and obtain referrals and new business opportunities.
- Meet and exceed weekly business development goals.

Qualifications:

- 2+ years of experience in IT related field is preferred.
- Must have a strong desire to build a career in recruiting by using proven negotiating and closing skills and the ability to

## About Us



Founded in 1948, Robert Half is the world's first and largest specialized staffing agency. We believe working happy is the only way to work. We've made it our mission to help people find fulfilling jobs and companies build happy, productive teams.

Robert Half has appeared on FORTUNE® magazine's list of "Most Admired Companies" every year since 1998, as well as numerous "Best Place to Work" lists around the world.

Whether you're an experienced staffing professional or looking to transition your industry expertise to a fulfilling new career, apply today!

build candidate relationships.
- Ability to multi-task and persevere in a fast paced dynamic environment with a sense of urgency.
- Must have a proven track record of success and be a competitive, self-motivated individual.

If you have a background in technology and are looking for an exciting new career with exceptional earning potential, apply today!

Top Reasons to Work for Robert Half:

- EXCITING CAREER OPPORTUNITIES WITH THE INDUSTRY LEADER– Our more than 65-year history of success and strong client relationships provide a level of stability few companies can match.
- PERFORMANCE = REWARD – We offer exceptional earning potential and a competitive benefits package, including a base salary and monthly performance-based bonuses, paid time off as well as group health, life and disability insurance, and a 401(k) or deferred compensation plan. ·
- UPWARD MOBILITY – With more than 330 locations worldwide, we provide excellent career advancement potential, both locally and beyond.
- TOOLS FOR SUCCESS – We provide world-class training, client relationship management tools and advanced technology to help you succeed.
- RESPECTED WORLDWIDE –Robert Half once again was named first in our industry on Fortune® magazine's list of "World's Most Admired Companies." (March 1, 2017)

You may submit your application materials online or call 1.888.400.7474 for additional ways to apply.

Robert Half International Inc. is an Equal Opportunity Employer. M/F/Disability/Vet

**JOB LOCATION**
NY MIDTOWN NEW YORK

Apply          **Apply with LinkedIn**

7/4/2018                                                      Careers at Robert Half

© 2018 Workday, Inc. All rights reserved.

# Qualifications

K  myhiring.kforce.com/careersection/ex/jobdetail.ftl

Job Description - Talent Mgr (180746)

Recruiter, Technology-(180746)

Kforce is an award-winning professional staffing and solutions firm that provides strategic partnership in the areas of Technology and Finance & Accounting. Our name stands for KnowledgeForce® which describes the experience we've gained since 1962 and the 35,000 highly skilled professionals we engage annually. Each year, our network of 60 offices and two national recruiting centers provides opportunities across 4,000 companies, including 70% of the Fortune 100. For over 55 years we've thrived on building relationships and having a meaningful impact on all the lives we serve. We believe in acting with integrity, doing the right thing, and giving back to our communities. At Kforce, *We Love What We Do. We Love Who We Serve™*.

Join the Kforce family and we will support you with expert training, innovative tools, an amazing culture, and a team of great people that will cheer you on your road to success!

Summary:

The Talent Manager plays a critical role in fueling Kforce's growth by connecting Great People together. The Talent Manager executes sourcing and recruiting strategies to identify and attract qualified and diverse candidates, and then matches them to opportunities with our clients. This position demands an exceptional balance of drive and commitment, coupled with exemplary interpersonal skills, topped off with a creative mindset.  As a developed business partner, the Talent Manager will interact with all levels of leadership to facilitate the internal hiring process.  The Talent Manager will possess the uncanny ability to successfully manage multiple priorities in a high-paced and fast-changing work environment.  The Talent Manager also serves as a role model to junior members of the team.

Responsibilities:

* Source candidates through networking, employee referrals, job boards, social media presence ad searches, career fairs, internet research and direct contact.
* Collaborate with Kforce colleagues to fully understand the client's hiring objectives and requirements.
* Submit candidates, providing information needed to facilitate hiring decisions, including salary recommendations.
* Coordinate interview and follow up activities.
* As the candidate advocate, guide candidates thorough the recruiting process, including evaluation of skills and expertise, the interview process and salary negotiation.
* Facilitate the offer process, including salary negotiations, benefits and other terms and conditions of employment.
* Ensure pre-employment steps, including reference checks and background and drug tests are completed in a timely fashion.
* Manage consultants while on assignment; facilitate redeployment of consultants as assignments approach completion.
* Conduct all interactions with the utmost diplomacy and tact.  Maintain confidentiality and treat others with conscientious respect.
* Connect with candidates, colleagues and clients on a regular basis to develop and maintain relationships, expand industry knowledge, and generate referrals and leads.
* Stay abreast of current recruiting trends and recommend creative strategies to meet hiring goals.
* As a more senior member of the team, help newer members of the team succeed through mentorship and sharing of expertise.

Requirements:

* BA/BS degree preferred.
* 5-8 years professional experience in a staffing, corporate, recruiting or professional sales environment
* Ability to develop customer relationship management, consultative and negotiation skills.
* Proven organizational skills with attention to detail and the ability to self-manage, prioritize initiatives and work well in a team environment with competing demands and tight deadlines.
* Excellent verbal and written communication skills with an emphasis on tact and diplomacy.
* Strong internet research skills.  Proficiency in MS office, including Word and Excel.  Ability to grasp cutting edge technologies.

CERTIFICATES AND/OR LICENSES:

    None required.

TRAVEL REQUIREMENTS:

    Travel as required, up to 5%.

Kforce is an EEO/Affirmative Action Employer. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status.

:



## Executive Search

## Executive Search Recruiter - Accounting & Finance

Dallas, TX US

Apply

Share

RGP is a global consulting firm helping some of the most recognized companies in the world work differently. Our success comes from a shared belief in rolling up our sleeves and doing the hard work of solving complex challenges, executing plans and implementing technology to help transform organizations.

Working for RGP, you will be connected to work that matters, putting your expertise to its best use while developing skills for the future. The result is a career defined by you, supported by RGP and built on tangible accomplishments.

As we continue to grow and deepen our impact on organizations around the world, we are looking for the right people to join us on our mission. If you are interested in being part of our team, there a few things you should know:

- We are energized by challenges and the effort needed to solve them.

## Similar Jobs

### Accounting Manager - Special Projects

Accounting & Finance | Dallas

- We care how work gets accomplished and are deeply invested in the success of our clients and our colleagues.

If this sounds like you, we invite you to read on and learn more.

Accounting & Finance | Dallas

**Project Manager, Lease Accounting**

Accounting & Finance | Dallas

### THE RGP EXPERIENCE

Whether you desire to work directly with clients or support those who do, RGP connects you to meaningful opportunities designed to put your talents to their best and highest use, and help you develop skills for today and tomorrow. As an RGP employee, you are a champion for your team, driven to develop their functional acumen in a manner that is transformative and valuable. You help guide people and organizations to be and become more than they thought possible and have the ultimate service mentality based on openness, understanding and teamwork.

### PURPOSE OF THE ROLE

As Executive Search Recruiter, Accounting & Finance, you will be focused on identifying, qualifying and presenting talented candidates for accounting, finance, tax and treasury roles within our clients' organizations. You will proactively identify passive candidates and engage them in career opportunity discussions in order to understand their career aspirations and determine a fit with client needs.

### ATTRIBUTES OF EXECUTIVE SEARCH RECRUITERS AT RGP

- Integrity and respect for people and opinions
- Demonstrates RGP's values – loyalty, integrity, focus, enthusiasm, accountability and talent
- Entrepreneurial and highly self-motivated and driven to achieve a comprehensive set of performance metrics and quantitative measures
- Strategist and trusted business partner to the client
- Maintains an executive presence with a strong ability to interact with senior/C-level leaders
- Excellent client service acumen
- Strong ability to build new business relationships as well as generate new revenue within existing clients
- Able to problem solve and negotiate effectively
- Motivates and influences others both internally and externally
- Demonstrates excitement and passion
- Manages stress and ambiguity

### KEY RESPONSIBILITIES OF THE ROLE

- Partners with clients to get a clear view of their strategic and financial objectives and hiring needs
- Devises and conducts a targeted research strategy
- Tracks and identifies prospective candidates using a variety of channels
- Assesses candidates to ensure qualification match, organizational cultural fit and compatibility



- Offers guidance and facilitates the negotiation process through to its completion
- Follows up with clients and assists with the candidate's transition and onboarding process
- Networks and builds long-lasting client relationships

### DESIRED EXPERIENCE AND REQUIREMENTS

- Bachelor's Degree in Finance, Accounting or other related business discipline preferred; equivalent combination of education and experience considered
- Previous experience in a recruiting or search capacity; experience in the accounting and finance disciplines highly preferred
- Demonstrated success in being able to identify and present viable candidates in a timely manner
- Proven ability to present to and communicate effectively with various levels within the organization, ranging from mid-level through the C-suite highly desirable
- Demonstrated proficiency in managing multiple priorities and schedules that result in the most effective use of time spent across many activities
- Proven attention to detail and quality in preparing candidate notes and summaries in a timely manner
- Previous experience in business development roles preferred
- Extensive experience or aptitude in various Talent Management Systems such as Taleo, VURV, Bullhorn, or other candidate tracking systems preferred
- Demonstrated proficiency in utilizing various social media tools such as LinkedIn Recruiter, Facebook, or other related systems in order to source and maintain candidate relationships and referrals
- Experience using all MS Office products with an emphasis on MS Word, Excel and PowerPoint
- Motivated, high energy self-starter that has a demonstrated ability to be successful and drive personal results that exceed expectations

### Equal Opportunity Employer

RGP is proud to be an Equal Opportunity Employer and committed to creating an inclusive environment for all employees. We do not discriminate on the basis of race, color, religion, national origin, gender, pregnancy, sexual orientation, gender identity, age, physical or mental disability, genetic information or veteran status, and encourage all applicants to apply.



Home  ›  Back to Search Results  ›  Executive Search Recruiter - Accounting & Finance - Dallas, TX

                      Contact Us

7/4/2018                          Executive Search Recruiter - Accounting & Finance Job in Dallas, TX | RGP

☑ Twitter                          Terms of Use

Glassdoor

Copyright © 2018 RGP. All rights reserved. Powered by SmashFly

RGP is an Equal Employment Opportunity Employer and encourages applicants to apply regardless of race, color, religion, national origin, gender, pregnancy, sexual orientation, gender identity, age, physical or mental disability, genetic information or veteran status. RGP participant in the E-Verify Program. Applicants have rights under Federal Employment Laws.

If you are a qualified individual with a disability and need special assistance or an accommodation to use our Website, please contact us by email at Ask@RGP.com, or by phone at 877-761-4001 ext. 5. For more information, please refer to the following links: EEO is the Law Poster | E-Verify Poster | Spanish E-Verify Poster | Right to Work Poster | Spanish Right to Work Poster | Family and Medical Leave Act (FMLA) Poster | Employee Polygraph Protection Act (EPPA) Poster